the appropriate court for the subsequent direct appeal, if any.

**COMMONWEALTH of Pennsylvania,**
**Petitioner**

v.

**Stevenson Leon ROSE, Respondent.**

Supreme Court of Pennsylvania.

July 8, 2014.

***ORDER***

PER CURIAM.

**AND NOW,** this 8th day of July, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue, as framed by the Commonwealth, is as follows:

Whether the Superior Court erred in concluding, as a matter of first impression, that [Respondent] was entitled to a reduced punishment under the *ex post facto* clause for a murder that he had yet to commit when the law was changed to increase the punishment prior to the victim's death?